Frank A. Maguire et al., Respondents, *v.* Yellow Taxicab Corporation et al.,Defendants, and Oscar Speck, Appellant.

Argued May 16, 1938; decided May 31, 1938.

*Walter L. Glenney* and *Chauncey L. Grant* for appellant.
*Nathan Ottinger* for respondents.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.